

# Fourth Court of Appeals
## San Antonio, Texas

March 28, 2018

No. 04-18-00190-CV

**IN RE THE GUARDIANSHIP OF JAMES FAIRLEY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

On March 27, 2018, relator filed a petition for writ of mandamus and a motion for emergency injunctive relief. On March 28, 2018, relator filed an amended motion for emergency injunctive relief. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion and amended emergency motion for injunctive relief are also DENIED. The court's opinion will issue at a later date.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011PC1068, styled *In re Guardianship of James E. Fairley, An Incapacitated Person*, pending in the Probate Court No 2, Bexar County, Texas, the Tom Rickhoff presiding. The Honorable Polly Jackson Spencer signed some of the orders at issue in this proceeding.